**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| HERIBERTO RODRIGUEZ, | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | Civil No. 09-6223 (RBK) |
| v. | : | |
| BUREAU OF PRISONS, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   1st   day of   April  , 2011,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**